IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRENDA GAIL GANDY,

    Plaintiff,

v.                                    CASE NO. 1:07-cv-00065-SPM-AK

DERICK DANIEL, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This matter is before the Court on Doc. 10, Amended Complaint against Derick Daniel and other employees of the Florida Commission on Human Relations (FCHR). Her claim is as follows: "My right to receive help based on case merit and not based on one states agency hiding damaging info for another to undermine plaintiff of justice[.] It is clear that FCHR acted as obstructor of justice by hiding facts and denying the existence thereof." *Id*. at 4. As relief, she seeks: "Appeal FCHR decision of no cause dated 5/2004 and enter proper and correct judgment based on FCHR's own investigative report and findings along with the individual and independent reports given by witnesses." *Id*.

By prior order, Plaintiff was directed to file an amended complaint "to state her best case" and "to demonstrate that the Court has jurisdiction over this case." Doc. 7. At that time, the Court cautioned her that she "should carefully review the [Court's discussion in the Order] to determine whether she can present allegations sufficient to state a cause of action under the

relevant law. It is clear from this amendment, that she cannot state a claim for relief. This Court does not sit as an appellate court for decisions made by the FCHR. The FCHR issued a right to sue letter, and Plaintiff has filed suit against her previous employer, the Florida Department of Revenue. Thus, nothing that any of the persons did or did not do prevented her from seeking redress in this forum.[1] Furthermore, to the extent that Plaintiff claims that these defendants "hid[ ] damaging info" to prevent her from seeking redress, the claim is patently without merit, as evidenced by the existence of *Gandy I*, and in any event, does not comply with the pleading requirements previously pointed out regarding a claim of fraud.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's amended complaint, Doc. 10, be **DISMISSED** for failure to state a claim upon which relief may be granted.

**IN CHAMBERS** at Gainesville, Florida, this  *9th*  day of August, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[1] Indeed, the employment discrimination suit against the Department of Revenue is set for settlement conference on August 15, 2007. See *Gandy v. Department of Revenue*, Cause No. 1:04cv94-MMP/AK (*Gandy I*).