IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BRENDA GAIL GANDY,

    Plaintiff,

vs.                                CASE NO.  1:07cv65-SPM/AK

DERICK DANIEL, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court on the magistrate judge's report and recommendation dated August 9, 2007 (doc. 12). Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted. This Court has no appellate jurisdiction over the FCHR's decision. §§ 760.11(7); 120.68(2), Fla. Stat. (FCHR's decision is subject to appellate review by state appellate court).

Accordingly, it is hereby ORDERED as follows:

1.    The magistrate judge's report and recommendation (doc. 12) is

ADOPTED and incorporated by reference in this order.

  2. This case is dismissed for lack of subject matter jurisdiction.

DONE AND ORDERED this 12th day of September, 2007.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge

CASE NO.  1:07cv65-SPM/AK